Case No. 08-1416

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

DONALD J. MOLOSKY and ELIZABETH A. MOLOSKY, on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellants

v.

WASHINGTON MUTUAL, INCORPORATED,

    Defendant

 and

WASHINGTON MUTUAL BANK,

    Defendant - Appellee

   Upon consideration of Mr. Rummage's motion for Washington Mutual, Inc. to stay the district court proceedings,

It is **ORDERED** that the motion be, and hereby is **GRANTED**.  Counsel should advise the Clerks Office when the stay of appeal is ready to be lifted.

                               **ENTERED BY ORDER OF THE COURT**
                               Leonard Green, Clerk

Issued: March 17, 2009

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 17, 2009

Mr. Stephen M. Rummage
Davis Wright Tremaine
1201 Third Avenue
Suite 2200
Seattle, WA 98101

              Re:  Case No. 08-1416, *Donald Molosky, et al v. Washington Mutual, Incorporate, et al*
                   Originating Case No. : 07-11247

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016
                                        Fax No. 513-564-7096

cc:  Mr. Thomas A. Biscup
      Mr. Jonathan M. Lloyd
      Mr. David J. Weaver
      Mr. Paul A. Zebrowski

Enclosure